**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States America,<br><br>Plaintiff,<br><br>vs.<br><br>Jesse Lee Simon,<br>Alahana Marie Evans,<br><br>Defendants. | MJ 20-01929-TUC-BGM<br><br>AMENDED ORDER AND FINDINGS OF FACT IN SUPPORT OF EXTENSION OF TIME TO INDICT |

The Court having considered the Joint Motion for Extension of Time to Indict [Doc. 11] and good cause appearing, therefore;

**IT IS ORDERED** the Motion is granted as follows:

1. Pursuant to D. Ariz. General Orders 20-12, 20-20, 20-26, 20-27, and 20-35, all grand jury proceedings were suspended in the District of Arizona from March 16, 2020 until on or after September 21, 2020.
2. Pursuant to General Orders 20-35, the grand jury was in session again beginning September 23, 2020.
3. This case is one of a voluminous number that need to be presented to the grand jury. There is a great backlog of cases that need to be presented to the Grand Jury due to the suspension, and the government will need time to summon witnesses to present these cases in a safe manner, prepare the required forms, and set aside sufficient

time before the grand jury within its usual scheduled meeting times to present each case affected by the suspension of grand jury proceedings.

4. Therefore, the time for presentment of this case to the grand jury will be extended for an additional 30 days. This 30-day period shall be excluded under the Speedy Trial Act. The Court specifically finds that the ends of justice served by ordering the extension outweighs the best interests of the public and any defendant's right to a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). In addition, pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) and (iii), the Court finds that a miscarriage of justice would result if time were not excluded under these unique circumstances, during which it is unreasonable to expect return and filing of the indictment within the time period specified in § 3161(b).

Dated this 16th day of October, 2020.

Bruce G. Macdonald
United States Magistrate Judge